UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE:

EARL RASHEED DAVIS,   Chapter 11

                Debtor.   Case No. 18-40766 (cec)
------------------------------------------------------------------X
EARL RASHEED DAVIS and JCR PARTNERS, LLC,

                Plaintiffs,   Adv. Proc. No. 19-01108 -(cec)

      -against-

LAKISHA HAWTHORNE, ELAINE BROWN, and
NEW YORK CITY HOUSING AUTHORITY,

                Defendants.
------------------------------------------------------------------X

**PLAINTIFFS' OBJECTION TO DEFENDANT HAWTHORNE'S REPLY
IN FURTHER SUPPORT OF HER PRE-ANSWER MOTION TO DISMISS OR FOR
ABSTENTION**

      Plaintiffs Earl Rasheed Davis and JCR Partners, LLC, object to arguments and relief requested for the first time in Defendant Lakisha Hawthorne's ("Hawthorne") reply (**DE # 14**) in further support of her motion (**DE ## 7, 8**) for an order dismissing the Complaint (**DE # 1**) in this adversary proceeding under Bankruptcy Rule 7012 (Fed. R. Civ. P. 12[b][6]) or for abstention. The following arguments are all raised for the first time in Hawthorne's reply and therefore should not be considered:

    1.    <u>Point C</u>: The *Rooker-Feldman* doctrine;

    2.    <u>Point D</u>: *Res judicata* and collateral estoppel;

    3.    <u>Point E</u>: Request for an injunction against Plaintiff Davis's prosecution of this action.

Should the Court nonetheless decide to consider Hawthorne's belated arguments, Plaintiffs request leave and ten days to submit a sur-reply.

Dated: December 4, 2019

                        **GORDON & HAFFNER, LLP**
                        *Attorneys for Plaintiffs*

                By: <u>*Steven R. Haffner, Esq.*</u>
                     Steven R. Haffner, Esq.
                     480 Mamaroneck Avenue
                     Harrison, New York 10528
                     (718) 631-5678