**GORDON & HAFFNER, LLP**
**Attorneys at Law**
480 Mamaroneck Avenue
Harrison, New York 10528

----------

(718) 631-5678

January 21, 2020

<u>VIA ECF</u>

Hon. Carla E. Craig
U.S Bankruptcy Court
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

Re: <u>*In Re: Earl Rasheed Davis,* Case No. 18-40766 (CEC)*; Davis v. Hawthorne,* Adv. Proc. No. 19-01108</u>

Dear Judge Craig:

    We are special litigation counsel to Debtor Earl Davis, a plaintiff in the above adversary proceeding, and write on behalf of all plaintiffs to request a two day extension, from January 22, 2020 to January 24, 2020, of plaintiffs' time to file the brief your Honor directed at last week's conference concerning the automatic stay and related matters.

    This is plaintiffs' first request for an extension. I emailed defendants' plaintiff's counsel, Lisa George, Esq., earlier this afternoon, requesting her consent but have not as yet received a reply.

    The extension is needed because we have encountered delays receiving certain documentary evidence from Ms. Elaine Brown, who returned to Virginia following last week's conference and is without a scanner or fax machine.

    The Court's consideration of this request is appreciated.

                                         Respectfully submitted,

                                         /s/ <u>*Steven R. Haffner*</u>
                                            Steven R. Haffner